[25 Misc 2d 956.]

In the Matter of JESSE KRAUSS et al., Appellants, v. STATE CIVIL SERVICE COMMISSION, Respondent.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds & Taylor, JJ.